```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A02-0006--CV (JKS)
              "LULA MCCARTER V TITAN SPORTS INC ET AL"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/08/02
            Closed: 04/01/02

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

     Nature of Suit: (740) Railway Labor Act

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 02/08/02 receipt # 00116592
           Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1  MCCARTER, LULA | Lula McCarter<br>Pro Per<br>5300 Taku, #6<br>Anchorage, AK 99508<br>907-331-2631 |
| DEF 1.1  TITAN SPORTS INC | Gary A. Zipkin<br>Guess & Rudd<br>510 L Street, Suite 700<br>Anchorage, AK 99501<br>907-793-2200<br>FAX 907-793-2299<br><br>Amy L. Barrette<br>510 L Street, Suite 700<br>Anchorage, AK 99501<br>907-793-2200<br><br>Jerry S. McDevitt<br>510 L Street, Suite 700<br>Anhcorage, AK 99501<br>907-793-2200 |
| DEF 2.1  MCMAHON, VINCENT K. | Gary A. Zipkin<br>(see above)<br><br>Amy L. Barrette<br>(see above)<br><br>Jerry S. McDevitt<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A02-0006--CV (JKS)
              "LULA MCCARTER V TITAN SPORTS INC ET AL"

                       For all filing dates
```

Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 01/08/02
          Closed: 04/01/02

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (740) Railway Labor Act

          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $150.00 on 02/08/02 receipt # 00116592
        Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 01/08/02 | Complaint filed; Summons issued. |
| 2 - 1 | 01/11/02 | JKS Order that plf to complete svc of process by 5/8/02 and file a return of svc or file notice of voluntary dismissal. cc: cnsl, PSLC |
| 3 - 1 | 01/29/02 | PLF 1 Return of Service Executed re: DEF 1,2 on 1/11/02. |
| 4 - 1 | 02/04/02 | DEF 1-2 Attorney Appearance of Gary A. Zipkin (GUESS). |
| 5 - 1 | 02/04/02 | DEF 1-2 Jury Demand. |
| 6 - 1 | 02/05/02 | PLF 1 Application for entry of default as to DEF 1 & 2. |
| 7 - 1 | 02/06/02 | Clerk's Notice that default cannot be entered as to DEF 1 & 2 pursuant to the law of the state, Alaska Civil Rule 4(h). cc: cnsl |
| 8 - 1 | 02/08/02 | DEF 1-2 motion to dismiss w/att memo & exhs. |
| 9 - 1 | 02/12/02 | DEF 1-2 Application re: non-resident attorney Jerry S. McDevitt w/att lcl cnsl Gary A. Zipkin (GUESS) w/att exh. |
| 10 - 1 | 02/12/02 | DEF 1-2 Application re: non-resident attorney of Amy L. Barrette w/lcl cnsl Gary A. Zipkin (GUESS) w/att exh. |
| 11 - 1 | 02/15/02 | DEF 1-2 Affidavit (original) of Ed Kaufman & Vince McMahon re: DEF 1-2 motion to dismiss (8-1). (tape returned to cnsl w/ntc of noncompliance) |
| 9 - 2 | 02/20/02 | JKS Order granting application to appear and participate of Jerry S. McDevitt as co-counsel for defs Titan Sports, Inc. & Vincent K. McMahon. cc: cnsl |
| 10 - 2 | 02/20/02 | JKS Order granting application of Amy L. Barrette to appear and participate as co-counsel for defs Titan Sports, Inc & Vincent K. McMahon. cc: cnsl |
| 12 - 1 | 03/01/02 | ZZZ 1 motion to quash by non-party Richard Blumenthal, AAG of the State of Connecticut w/att exhs. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A02-0006--CV (JKS)
                "LULA MCCARTER V TITAN SPORTS INC ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 03/04/02 | JKS Minute Order re: defs motion to dismiss at dkt 8 will be treated as a motion for summary judgment.  Plf is advised of FRCP procedure 56 for opposing a motin for summary judgment.  Plf's response to defs' motion to dismiss by 3/18/02, or judgment will be entered in the defs' favor w/out further opportunity for plf to respond or oppose.  cc: cnsl |
| 14 - 1 | 03/04/02 | PLF 1 motion (request) for court ordered subpoena. |
| 15 - 1 | 03/18/02 | PLF 1 motion (request) for postponement. |
| 16 - 1 | 03/21/02 | ZZZ 1 Application re: non-resident attorney Brendan T. Flynn to appear w/o lcl cnsl w/att exh. |
| 17 - 1 | 03/25/02 | JKS Minute Order granting application of Brendan T. Flynn's motion at dkt 16 to appear & participate as counself or Richard Blumenthal.  cc: cnsl |
| 18 - 1 | 04/01/02 | JKS Minute Order transferring this case to the the US District Court in the District of Connecticut.  The Clerk shall transfer the case; terminating in light of this order: motion to dismiss  w/ att memo & exhs (8-1), motion to quash by non-party Richard Blumenthal, AAG of the State of Connecti (12-1), motion (request) for court ordered subpoena (14-1), motion (request) for postponement (15-1).  cc: cnsl, US District court in the Dist of Connecticut |
| 19 - 1 | 04/10/02 | RETURNED TO PLF PER ORDER AT DKT 20: PLF 1 motion for court ordered subpoena. |
| 20 - 1 | 04/12/02 | JKS Minute Order directing clk to return dkt 19 to plf and any other pleadings that may be fld in the future; plf is to file all future pleadings in the USDC in the District of Connecticutt. cc: cnsl |